

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00495-CV

**M.M.V.**

v.

**Texas Department of Family and Protective Services**

NO. 2013-02934J IN THE 313TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $133.00 | 07/31/2014 | INDIGENT | ANT |
| RPT RECORD | $591.40 | 07/01/2014 | INDIGENT | STA |
| FILING | $195.00 | 06/23/2014 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $919.40.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 20, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**